HENRY A. BULL, Appellant, *v.* HERMAN T. STICHMAN et al., Constituting the Emergency Housing Joint Board, et al., Respondents.

Submitted July 19, 1949; decided October 6, 1949.

Motion for reargument or to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 516.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL T. WILLIAMS, Appellant.

Submitted October 10, 1949; decided October 11, 1949.

Motion for reargument denied. [See 298 N. Y. 803.]